**FEDERAL COURT REPORTERS OF SAN ANTONIO, INC.**
*10100 Reunion Place, Ste. 660*
*San Antonio, Texas 78216-4128*
*(210) 340-6464 / FAX (210) 341-5533*
*FED ID# 74-2993705*
*Mastercard, Visa & Discover Cards Accepted*

MR. ROB SHAW-MEADOW
U.S. ATTORNEY
601 N. W. LOOP 410 STE. 600
SAN ANTONIO, TEXAS 78216

October 1, 2007

**Invoice#** EP2230

**Balance:** $1,587.00

**Re:** JOHNNIE KAYE RAYMOND VS. HENRY M PAULSON,
ET AL
*on* 10/01/07 *by* ELENA MALONEY, INC.

## *Invoicing Information*

Charge Description
ORIGINAL & CERTIFIED COPY:
DEPONENT: JOHNNIE K. RAYMOND    TAKEN ON: 9/25/07
250 PGS @ $5.00=...................$1250.00
7.5 HOURS @ $35.00=................$ 262.50
36 EXHIBITS @ $.30=................$  10.80
29 TABS @ $.30=....................$   8.70
1 WORD INDEX PGS @ $15.00=.........$  15.00
ETRAN=.............................$  25.00
SHIPPING=..........................$  15.00
NO. SA-06-CA-0555-NN

THANK YOU, JENNIFER B. FLORES

**P l e a s e    R e m i t    - - ->    Total Due:    $1,587.00**

*Due Upon Receipt / DELINQUENT in 30 days*
*A 1% INTEREST WILL BE ADDED TO INV. OVER 30 DAYS*